# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SEAFARERS PENSION PLAN, derivatively on behalf of THE BOEING COMPANY, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 19-cv-8095 |
| vs. | )<br>) |
| ROBERT A. BRADWAY, et al., | )<br>) |
| Defendants, | ) NOTICE OF APPEAL<br>)<br>) |
| and | )<br>) |
| THE BOEING COMPANY | )<br>) |
| Nominal Defendant. | ) |

Notice is hereby given that Plaintiff Seafarers Pension Plan in this action hereby appeals to the United States Court of Appeals for the Seventh Circuit from: (1) the order granting Defendants' Motion to Dismiss (ECF No. 27, entered on June 8, 2020); and (2) the judgment (ECF No. 28, entered on June 8, 2020).

Dated: July 7, 2020

Respectfully submitted,

COHEN MILSTEIN SELLERS & TOLL PLLC
*/s/ Carol V. Gilden*
Carol V. Gilden
Cohen Milstein Sellers & Toll PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
(312) 357-0370
IL Bar No. 6185530
cgilden@cohenmilstein.com

Richard A. Speirs
Amy Miller
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor New York, NY 10007
(212) 838-7797
rspeirs@cohenmilstein.com
amiller@cohenmilstein.com

Steven J. Toll
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W. / Fifth Floor
Washington, D.C. 20005
(202) 408-3640
stoll@cohenmilstein.com

*Attorneys for Plaintiff Seafarers Pension Plan*