# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

January 7, 2022

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 20-2244 | SEAFARERS PENSION PLAN, derivatively on behalf of THE BOEING COMPANY, <br> Plaintiff - Appellant <br><br> v. <br><br> ROBERT A. BRADWAY, et al., <br> Defendants - Appellees <br><br> and <br><br> BOEING COMPANY, <br> Nominal Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-08095 <br> Northern District of Illinois, Eastern Division <br> District Judge Harry D. Leinenweber | |

The judgment of the district court is **REVERSED**, with costs, and the case is **REMANDED** to the district court for further proceedings consistent with the opinion. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**    (form ID: **132**)