UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAFARERS PENSION PLAN, derivatively on behalf of THE BOEING COMPANY, <br><br> Plaintiff, <br> v. <br><br> ROBERT A. BRADWAY, *et al.*, <br><br> Defendants, <br> and <br><br> THE BOEING COMPANY, <br><br> Nominal Defendant. | DOCKET NO. 1:19-cv-08095 |

**PLAINTIFF SEAFARERS PENSION PLAN'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**

Plaintiff Seafarers Pension ("Plaintiff") and Defendants[1] have entered into a global settlement to resolve this federal derivative action (the "Federal Action") and a related putative class action filed by Seafarers that is pending in the Delaware Court of Chancery, *Seafarers Pension Plan* v. *Bradway, et al.*, C.A. No. 2020-0556-MTZ (the "Delaware Action"). The proposed settlement: (1) includes settlement consideration that applies to the Federal Action only

---

[1] Defendants means: (1) individual Defendants in the Federal Action, who are Robert A. Bradway, David L. Calhoun, Arthur D. Collins Jr., Edmund P. Giambastiani Jr., Lynn J. Good, Lawrence W. Kellner, Caroline B. Kennedy, Edward M. Liddy, Dennis A. Muilenburg, Susan C. Schwab, Randall L. Stephenson, Ronald A. Williams, and Mike S. Zafirovski; (2) individual defendants in the Delaware Action, who are Robert A. Bradway, David L. Calhoun, Arthur D. Collins Jr., Edmund P. Giambastiani Jr., Lynn J. Good, Akhil Johri, Lawrence W. Kellner, Caroline B. Kennedy, Steven M. Mollenkopf, John M. Richardson, Susan C. Schwab, and Ronald A. Williams; and (3) The Boeing Company ("Boeing"), as Nominal Defendant in the Federal Action and a named Defendant in the Delaware Action.

1

and consideration that applies to both the Federal and Delaware Actions; (2) seeks approval of the settlement by both Courts; and (3) provides for a joint notice to Boeing's stockholders of the proposed settlement.

Accordingly, Plaintiff respectfully moves this Court for an order pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, substantially in the form of Exhibit C to the Stipulation: (i) preliminarily approving the proposed settlement of the Federal Action; (ii) approving the form and method for giving notice to Boeing stockholders in the Federal Action, which notice the parties also anticipate providing to settlement class members in the Delaware Action through the same notice; and (iii) scheduling a Federal Settlement Hearing on the proposed settlement and dismissal of the Federal Action with prejudice upon the terms and conditions set forth in the Stipulation.

This motion is supported by the accompanying memorandum of law, the Stipulation and Agreement of Compromise, Settlement and Release dated August 10, 2022 with exhibits, attached to the Declaration of Carol V. Gilden, the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

Dated: August 10, 2022               Respectfully submitted,

                                     /s/ Carol V. Gilden
                                     
                                     **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                     Carol V. Gilden
                                     190 S. LaSalle Street, Suite 1705
                                     Chicago, Illinois 60603
                                     IL Bar No.: 6185530
                                     Telephone: (312) 357-0370
                                     Facsimile: (312) 357-0369
                                     cgilden@cohenmilstein.com
                                     
                                     Steven J. Toll
                                     1100 New York Ave. NW, Fifth Floor
                                     Washington, D.C. 20005
                                     Telephone: (202) 408-4600

Facsimile: (202) 408-4699
stoll@cohenmilstein.com

- and -

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Richard A. Speirs
Amy Miller
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838 7745
rspeirs@cohenmilstein.com
amiller@cohenmilstein.com

*Counsel for Plaintiff Seafarers Pension Plan*