UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| SEAFARERS PENSION PLAN, derivatively on behalf of THE BOEING COMPANY, | ) ) ) | DOCKET NO. 1:19-cv-08095 |
| Plaintiff, | ) ) ) | |
| v. | ) | |
| ROBERT A. BRADWAY, *et al.,* | ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| THE BOEING COMPANY, | ) ) | |
| Nominal Defendant. | ) ) ) | |

_____

**DECLARATION OF CAROL V. GILDEN IN SUPPORT OF PLAINTIFF SEAFARERS PENSION PLAN'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**

CAROL V. GILDEN declares as follows:

1. I am a partner of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), counsel for Plaintiff Seafarers Pension Plan ("Plaintiff") in the above-captioned action (the "Federal Action") and the related putative class action filed in the Delaware Court of Chancery (the "Delaware Court"), *Seafarers Pension Plan* v. *Bradway, et al.*, C.A. No. 2020-0556-MTZ (the "Delaware Action" together with the Federal Action, the "Actions"). I submit this declaration in further support of Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Settlement.

2. Attached hereto as Exhibit 1 is a true and correct copy of the "Stipulation and Agreement of Compromise, Settlement, and Release," dated August 10, 2022, along with its Exhibits A-G.

1

Dated: August 10, 2022

Respectfully submitted,

*/s/ Carol V. Gilden*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden
190 S. LaSalle Street, Suite 1705
Chicago, Illinois 60603
IL Bar No.: 6185530
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

*Counsel for Plaintiff Seafarers Pension Plan*